

# In the Missouri Court of Appeals
# Eastern District

OCTOBER 21, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED100468     TIMOTHY ASHLOCK, APP V. STATE OF MISSOURI, RES

2.     ED100624 ROCKY OLIPHANT, APP V. SIF, RES

3.     ED100718 LENA JOHNSTON, RES V VINCENZO ACQUAVIVA, APP

4.     ED100737 STATE OF MISSOURI, RES V BOYCE BROWN, APP

5.     ED101111 PARVEEN MOHAMMED, RES V COUNTRY MUTUAL INS., APP

6.     ED101589 GEORGE KNIEST, APP V STATE OF MISSOURI, RES